No. 11-6586. Adam W. Davis, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 1066, 132 S. Ct. 774, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8481.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6591. Angel Rolon, Petitioner v. Beacon Companies, et al.

565 U.S. 1066, 132 S. Ct. 774, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8572,

November 28, 2011. Petition for writ of certiorari to the Appeals Court of Massachusetts denied.

Same case below, 78 Mass. App. 1112, 938 N.E.2d 905.

No. 11-6592. Richard Mason King, Jr., Petitioner v. Texas.

565 U.S. 1066, 132 S. Ct. 798, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8567,

November 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

No. 11-6598. Carlos I. Medina, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.

565 U.S. 1067, 132 S. Ct. 775, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8562.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-6599. Greg Givens, Petitioner v. William Criswell, et al.

565 U.S. 1067, 132 S. Ct. 775, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8501.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 425 Fed. Appx. 236.

No. 11-6605. Jeffrey Andre Hill, Petitioner v. Kathleen Allison, Acting Warden.

565 U.S. 1067, 132 S. Ct. 775, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8642.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6608. Joel Martinez, Petitioner v. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation.

565 U.S. 1067, 132 S. Ct. 775, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8655.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-6609. Glenn Calvin Lawhorn, Jr., Petitioner v. Tracy S. Ray, Warden.

565 U.S. 1067, 132 S. Ct. 775, 181 L. Ed. 2d 497, 2011 U.S. LEXIS 8596.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 435 Fed. Appx. 291.